UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HARMON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIE NELSON, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01192-SI<br><br>**ORDER REQUIRING PLAINTIFFS' PRODUCTION OF DOCUMENTS; SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 56 |

　　　　On August 3, 2021, the Court received a joint discovery statement regarding plaintiffs' initial disclosures and defendants' requests for production. Dkt. No. 56. On August 20, 2021, the Court held a status conference and discussed the parties' joint discovery statement.

　　　　The Court hereby **ORDERS** plaintiffs to produce 1) the documents identified in their initial disclosures, 2) a computation of plaintiffs' damages supported by evidence, and 3) the documents plaintiffs represented they would produce in their responses to defendants' requests for production by **October 8, 2021**.

　　　　A further case management conference will be held on October 29, 2021.

　　　　**IT IS SO ORDERED**.

Dated: August 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge